UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXA O'BRIEN,<br><br>        PLAINTIFF<br>vs.<br><br>DEPARTMENT OF STATE,<br><br>        DEFENDANT | )<br>)<br>) Civil Action No. 1:14-cv-119 (RC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Jeffrey Light, state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is 1712 Eye St., NW, Suite 915, Washington, DC 20006.

3. On February 5, 2014, I hand-delivered a copy of the summons and Complaint in the above-captioned case to Mr. Joel Giljam, an agent designated to receive service of process on behalf of the United States Attorney's Office for the District of Columbia. I personally served Mr. Joel Giljam at approximately 2:30 p.m. on February 5, 2014 at 501 3rd St., NW, 4th Floor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2014.

                                                                                                        /s/ Jeffrey Light

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEXA O'BRIEN,           )
                         )
        PLAINTIFF        )  Civil Action No. 1:14-cv-119 (RC)
    vs.                  )
                         )
DEPARTMENT OF STATE,     )
                         )
                         )
        DEFENDANT        )
                         )

## AFFIDAVIT OF SERVICE

I, Jeffrey Light, state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is 1712 Eye St., NW, Suite 915, Washington, DC 20006.

3. On February 5, 2014, I hand-delivered a copy of the summons and Complaint in the above-captioned case to Mr. Steffon Edmonds, an agent designated to receive service of process on behalf of the United States Department of Justice.  I personally served Mr. Edmonds at approximately 2:05 p.m. on February 5, 2014 at 950 Pennsylvania Ave., NW, Washington, DC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2014.

                                                          ___/s/ Jeffrey Light_____