UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEXA O'BRIEN, | ) | |
| | ) | |
| PLAINTIFF | ) | Civil Action No. 1:14-cv-119 (RC) |
| vs. | ) | |
| | ) | |
| DEPARTMENT OF STATE, | ) | |
| | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Jeffrey Light, state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is 1712 Eye St., NW, Suite 915, Washington, DC 20006.

3. On February 3, 2014, I mailed a copy of the summons and Complaint in the
   above-captioned case to the Department of State.  The Department of State
   received the summons and Complaint on February 12, 2014.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2014.

/s/ Jeffrey L. Light_____

1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Department of State
2201 C St NW
Washington, DC 20520

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail®          ☐ Priority Mail Express™
   ☐ Registered              ☐ Return Receipt for Merchandise
   ☐ Insured Mail            ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)

7010 2780 0000 7855 2882

PS Form 3811, July 2013          Domestic Return Receipt