UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXA O'BRIEN,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>    Defendant. | Case No. 14-cv-00119<br>Judge Rosemary M. Collyer |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that JOHN K. THEIS, United States Department of Justice, Civil Division, Federal Programs Branch, pursuant to Local Civil Rules 83.2(e) and 83.6(a), hereby enters his appearance in the above-captioned matter as counsel of record for defendant Department of State. The undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that he is personally familiar with the Local Rules of this Court.

Dated: March 14, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

/s/ *John K. Theis*
JOHN K. THEIS (IL Bar No. 6287528)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW Rm. 6108
Washington, DC 20001

Telephone: (202) 305-7632
Fax: (202) 616-8460
Email: John.K.Theis@usdoj.gov