**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEXA O'BRIEN,<br><br>                     Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF STATE,<br><br>                     Defendant. | Case No. 14-cv-00119<br>Judge Tanya S. Chutkan |

**DEFENDANT'S STATUS REPORT**

Defendant Department of State hereby submits this status report pursuant to the Court's minute orders of April 11, 2014 and May 12, 2014.

On January 30, 2014, Plaintiff filed a Complaint related to her request under the Freedom of Information Act ("FOIA") (ECF No. 1), and Defendant answered on March 14, 2014 (ECF No. 6). In a March 28, 2014 Joint Status Report (ECF No. 7), the parties informed the Court that they had discussed a schedule for the rolling production of responsive documents and that Defendant would file a status report on May 16, 2014 to provide an estimated date of completion of the production. On May 9, 2014, after conferring with Plaintiff's counsel, Defendant filed an unopposed motion to reset the deadline for that status report for June 27, 2014 (ECF No. 8), which the Court granted on May 12, 2014.

Since May 12, 2014, Defendant has made two productions of documents: on May 30, 2014, and on June 26, 2014, respectively. Defendant has completed almost all of its initial searches: only 2 of 14 components identified as offices that might reasonably be expected to possess responsive records remain to be searched, and Defendant anticipates completing searches

of those offices shortly. Defendant is currently engaged in reviewing the details of the searches conducted by searching components to confirm that each component has conducted an appropriate search.

In light of the progress of its searches and the responsive records identified to date, Defendant plans to make its next production of responsive, non-exempt records on July 18, 2014. Unless the two components still conducting searches identify an unexpectedly large volume of responsive documents (or identify documents that pose unexpected challenges to review and produce), or Defendant determines supplemental searches in the already-completed offices are necessary as a result of its review of search details, the July 18, 2014 production is expected to be the final production in this matter.

Dated: June 27, 2014                                   Respectfully submitted,

                                                       STUART F. DELERY
                                                       Assistant Attorney General

                                                       RONALD C. MACHEN, JR.
                                                       United States Attorney

                                                       JOHN R. TYLER
                                                       Assistant Branch Director

                                                       /s/ *Eric J. Soskin*
                                                       ERIC J. SOSKIN (PA Bar No. 200663)
                                                       Senior Counsel
                                                       Federal Programs Branch
                                                       U.S. Department of Justice, Civil Division
                                                       20 Massachusetts Ave., NW Rm. 6108
                                                       Washington, DC 20001
                                                       Telephone: (202) 353-0533
                                                       Fax: (202) 616-8460
                                                       Email: Eric.Soskin@usdoj.gov

                                                       *Counsel for Defendant*