## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXA O'BRIEN,<br><br>  Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>  Defendant. | Case No. 14-cv-00119<br>Judge Tanya S. Chutkan |

## DEFENDANT'S STATUS REPORT

Defendant Department of State hereby submits a status report to update the Court on progress following its June 27, 2014 status report (ECF No. 9).

On July 18, 2014, in accordance with the plans described in Defendant's prior status report, Defendant made its third production of responsive, non-exempt records. Defendant plans to make a fourth production of responsive, non-exempt documents on August 18, 2014, which should complete production of the responsive, non-exempt records identified in the searches conducted to date.

Defendant has also reviewed the details of searches conducted by its components and concluded that follow-up searches should be performed in several instances to ensure that the response to Plaintiff's FOIA requests is complete. Defendant anticipates completing those searches and producing any responsive, non-exempt records located as a result of them by September 18.

Following the final production in this matter, the parties plan to confer and propose a briefing schedule to guide further progress in this matter.

Dated: July 21, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

JOHN R. TYLER
Assistant Branch Director

/s/ *Eric J. Soskin*
ERIC J. SOSKIN (PA Bar No. 200663)
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW Rm. 6108
Washington, DC 20001
Telephone: (202) 353-0533
Fax: (202) 616-8460
Email: Eric.Soskin@usdoj.gov

*Counsel for Defendant*