UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXA O'BRIEN, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Case No.  14-cv-00119 <br> Judge Tanya S. Chutkan |

## JOINT STATUS REPORT

The parties have continued to discuss the scope and adequacy of Defendant's searches conducted in response to Plaintiff's FOIA request.  In particular, Plaintiff identified to Defendant a number of additional searches that she believes should be conducted.  In response, Defendant has reviewed Plaintiff's suggestions and the searches that were conducted, and agrees with Plaintiff that it would be reasonable to conduct at least some additional searches in response to Plaintiff's FOIA request.  Defendant has also explained that several of the bureaus or individuals that Plaintiff identified have already been searched.  Defendant is continuing to review, and the parties plan to further discuss, other issues identified by Plaintiff.

As explained in the parties' March 6, 2015 Motion to Stay Briefing Schedule, these efforts to resolve Plaintiff's concerns about the adequacy of searches and to narrow the areas in dispute in this action will ultimately redound to the benefit of the parties, the Court, and the public by focusing the remaining briefing, permitting economy of judicial review, and advancing the purposes of the FOIA.  At this time, because Defendant has agreed to conduct additional

searches, review any documents retrieved in those searches for non-exempt, responsive material, and provide any results to Plaintiff, the parties respectfully request that briefing remain stayed for sufficient time for this to occur.  The parties therefore suggest that Defendant provide Plaintiff with informal reports on its progress in 30 and 60 days, and that the parties file a further Joint Status Report with the Court in approximately 90 days, on or before July 6, 2015.

Dated:  April 6, 2015                         Respectfully submitted,

BENJAMIN C. MIZER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

MARCIA BERMAN
Assistant Branch Director

   /s Eric J. Soskin
ERIC J. SOSKIN (PA Bar No. 200663)
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW Rm. 7116
Washington, DC 20001
Telephone: (202) 353-0533
Fax: (202) 616-8460
Email: Eric.Soskin@usdoj.gov

*Counsel for Defendant*

/s/
JEFFREY L. LIGHT
D.C. Bar # 485360
1712 Eye St., NW, Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey.Light@yahoo.com

*Counsel for Plaintiff*