UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEXA O'BRIEN,

          Plaintiff,

v.

DEPARTMENT OF STATE,

          Defendant.

Case No.  14-cv-00119
Judge Tanya S. Chutkan

## JOINT STATUS REPORT

The parties have continued to discuss the scope and adequacy of Defendant's searches conducted in response to Plaintiff's FOIA request, and provided each other with explanations in an effort to resolve outstanding areas of disagreement.  Since the parties' last status report, this has led to several areas of tangible progress:

- The parties have discussed whether several additional offices, bureaus, and individuals within the State Department are likely to have records responsive to Plaintiff's FOIA request.

- As a result of this process, Defendant agreed to conduct a search of the regional bureau of Near Eastern Affairs ("NEA"), and has now carried out that search, locating no additional responsive documents.

- Defendant has provided a second production of certain documents to Plaintiff to address issues with the consistency of redactions taken in earlier productions.

- At Plaintiff's request, Defendant has reviewed the possibility that additional responsive records[1] had been retired to the Records Service Center prior to its searches. Defendant has now concluded that further searches should be conducted to ascertain whether responsive records exist that have been archived.

    o The first step in this process will be to search the Retired Record Inventory Management System ("RIMS"), a searchable database that tracks the status of retired records, to identify records likely to be responsive to Plaintiff's FOIA request. Defendant is currently developing a search strategy, including search terms, for RIMS and anticipates carrying out and completing searches in RIMS within the next 60 days.

    o The results of the RIMS search will provide a guide to identifying boxes of archived records that may contain responsive documents. Once identified, these boxes will then need to be retrieved and searched manually for potentially responsive records. Once the RIMS search is complete, Defendant will be better able to provide an informed estimate of the time to locate any responsive records and provide them in response to the FOIA request.

Pursuant to the Court's April 7, 2015 Order, the parties plan to provide another joint status report in sixty days.

Dated: July 13, 2015                     Respectfully submitted,

                                         BENJAMIN C. MIZER
                                         Principal Deputy Assistant Attorney General

---

[1] In support of Defendant's Motion for Summary Judgment, the Acting Director of the Office of Information Program and Services ("IPS") described searches of retired records previously carried out. *See* Declaration of John F. Hackett, ECF No. 14-1, at ¶¶ 43-45, 74.

ELIZABETH J. SHAPIRO
Deputy Branch Director

MARCIA BERMAN
Assistant Branch Director

  /s Eric J. Soskin
ERIC J. SOSKIN (PA Bar No. 200663)
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW Rm. 7116
Washington, DC 20001
Telephone: (202) 353-0533
Fax: (202) 616-8460
Email: Eric.Soskin@usdoj.gov

*Counsel for Defendant*

/s/
JEFFREY L. LIGHT
D.C. Bar # 485360
1712 Eye St., NW, Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey.Light@yahoo.com

*Counsel for Plaintiff*